United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-10002-amc
Gregory Thomas Alverest, Sr.                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 2              Date Rcvd: Jan 24, 2018
                              Form ID: 309I          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2018.
```
db          +Gregory Thomas Alverest, Sr.,   225 West Nedro Avenue,   Philadelphia, PA 19120-1838
14035123     Commonwealth of Pennsylvania,   c/o First Judicial of Pennsylvania,   APPD/OJR/OCC,
              Room 370 City Hall,   Philadelphia, PA 19107
14035129    +KML Law Group, PC,   Suite 5000-BNY Independence Center,   701 Market Street,
              Philadelphia, PA 19106-1538
14035130    +Midland Funding,   227 West Trade Street,   Charlotte, NC 28202-1675
14035131     Midland Funding LLC,   1315 Aero Drive,   San Diego, CA 92123
14035134     PECO-Payment Processing,   PO Box 37629,   Philadelphia, PA 19101-0629
14035136    +PHFA Loan Servicing Division,   211 North Front Street,   Harrisburg, PA 17101-1466
14035137     Philadelphia Gas Works,   PO Box 11700,   Newark, NJ 07101-4700
14035142    +Rochelle Alverest,   225 Nedro Avenue,   Philadelphia, PA 19120-1838
14035143    +Tabas & Rosen, PC,   Suite 2300,   1601 Market Street,   Philadelphia, PA 19103-2306
14035144    +US Bank National Association,   111 East Wacker Drive, Suite 3000,   Chicago, IL 60601-4803
14035145    +Utah Loan Service,   PO Box 445,   Kaysville, UT 84037-0445
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: midusa1@comcast.net Jan 25 2018 03:02:28     MICHAEL D. SAYLES,
              Sayles and Associates,   427 West Cheltenham Avenue, Suite #2,   Elkins Park, PA  19027-3201
tr          +E-mail/Text: bncnotice@ph13trustee.com Jan 25 2018 03:03:44     WILLIAM C. MILLER, Esq.,
              Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg          E-mail/Text: bankruptcy@phila.gov Jan 25 2018 03:03:21     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2018 03:02:45
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 25 2018 03:03:15     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 25 2018 03:03:02     United States Trustee,
              Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14035118     EDI: PHINAMERI.COM Jan 25 2018 02:48:00      Americredit,   PO Box 183593,
              Arlington, TX 76096-3593
14035116    +E-mail/Text: tropiann@einstein.edu Jan 25 2018 03:02:41     Albert Einstein Medical Center,
              Olney Office Center, Suite 301,   101 East Olney Avenue,   Philadelphia, PA 19120-2421
14035117     EDI: AIS.COM Jan 25 2018 02:48:00      American InfoSource,   PO Box 268941,
              Oklahoma City, OK 73126-8941
14035119     EDI: CAPITALONE.COM Jan 25 2018 02:48:00      Capital One,   PO Box 85015,
              Richmond, VA 23285-5018
14035122     E-mail/Text: bankruptcy@phila.gov Jan 25 2018 03:03:21     City of Philadelphia,
              Law Department,   One Parkway Building,   1515 Arch Street, 15th Floor,
              Philadelphia, PA 19102-1595
14035121     E-mail/Text: bankruptcy@phila.gov Jan 25 2018 03:03:21     City of Philadelphia,
              Law Department-Bankruptcy Unit,   Municipal Services Building,   1401 JFK Boulevard, 5th Floor,
              Philadelphia, PA 19102-1595
14035120    +E-mail/Text: bankruptcy@phila.gov Jan 25 2018 03:03:21
              City & School District of Philadelphia,   Law Department-Tax Unit,
              Municipal Services Building,   1401 JFK Blvd, 5th floor,   Philadelphia, PA 19102-1617
14035124    +E-mail/Text: bkaudit@amraccounts.com Jan 25 2018 03:02:40     Credit Coll,   PO box 60607,
              Oklahoma City, OK 73146-0607
14035125     EDI: DIRECTV.COM Jan 25 2018 02:49:00      DIRECTV,   PO Box 11732,   Newark, NJ 07101-4732
14035126    +EDI: RMSC.COM Jan 25 2018 02:48:00      GE Capital Retail Bank,   PO Box 965002,
              Orlando, FL 32896-5002
14035127    +EDI: PHINAMERI.COM Jan 25 2018 02:48:00      GM Financial,   801 Cherry Street,
              Fort Worth, TX 76102-6803
14035128     EDI: JEFFERSONCAP.COM Jan 25 2018 02:48:00      Jefferson Capital Systems, LLC,   P.O. Box 7999,
              Saint Cloud, MN 56302-9617
14035132    +EDI: MID8.COM Jan 25 2018 02:48:00      Midland Funding LLC,   8875 Aero Drive,   Ste 200,
              San Diego, CA 92123-2255
14035133    +E-mail/Text: bankruptcydepartment@tsico.com Jan 25 2018 03:03:40     NCO FIN/99,   PO BOX 15636,
              Wilmington, DE 19850-5636
14035135     E-mail/Text: blegal@phfa.org Jan 25 2018 03:03:04     PHFA,   PO Box 8029,
              Harrisburg, PA 17105
14035138     EDI: PRA.COM Jan 25 2018 02:48:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
              Norfolk, VA 23541-0914
14035318    +EDI: PRA.COM Jan 25 2018 02:48:00      PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
14035140    +EDI: RESURGENT.COM Jan 25 2018 02:48:00      PYOD, LLC,   PO Box 19008,
              Greenville, SC 29602-9008
14035139     EDI: AMINFOFP.COM Jan 25 2018 02:48:00      Premier Bank,   PO Box 5147,
              Sioux Falls, SD 57117-5147
14035141    +EDI: RESURGENT.COM Jan 25 2018 02:48:00      Resurgent Capital Services,   PO Box 19008,
              Greenville, SC 29602-9008
14035146     E-mail/Text: james.feighan@phila.gov Jan 25 2018 03:03:50     Water Revenue Bureau,
              Philadelphia Department of Revenue,   1401 JFK Boulevard,   Philadelphia, PA 19102-1663
```

```
District/off: 0313-2          User: dlv                Page 2 of 2           Date Rcvd: Jan 24, 2018
                              Form ID: 309I            Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

                                                                                                TOTAL: 27

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2018 at the address(es) listed below:
       MICHAEL D. SAYLES    on behalf of Debtor Gregory Thomas Alverest, Sr. midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
       REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Gregory Thomas Alverest Sr.** | Social Security number or ITIN | **xxx–xx–8374** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter **13** | **1/1/18** |
| Case number: | **18–10002–amc** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gregory Thomas Alverest Sr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 225 West Nedro Avenue<br>Philadelphia, PA 19120 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL D. SAYLES<br>Sayles and Associates<br>427 West Cheltenham Avenue, Suite #2<br>Elkins Park, PA 19027–3201 | Contact phone (215) 635–2270<br>Email:  midusa1@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 1/24/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 28, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/29/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/12/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/30/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 300.00 per month for 60 months. **The hearing on confirmation will be held on: 3/20/2018 at 10:00 AM Location:Courtroom #5 – 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |