# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                 Chapter 13

                                 Bankruptcy No. 18-10002-AMC

GREGORY T ALVEREST, SR.

225 WEST NEDRO AVENUE

PHILADELPHIA, PA 19120

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    GREGORY T ALVEREST, SR.

    225 WEST NEDRO AVENUE

    PHILADELPHIA, PA 19120

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL D. SAYLES ESQ
    427 W. CHELTENHAM AV
    SUITE 2
    ELKINS PARK, PA 19027-3291

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                      /s/ William C. Miller

Date: 5/16/2018

                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee