United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10002-amc
Gregory Thomas Alverest, Sr.                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2              Date Rcvd: Aug 28, 2018
                              Form ID: pdf900           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
```
db           +Gregory Thomas Alverest, Sr.,    225 West Nedro Avenue,    Philadelphia, PA 19120-1838
14035118    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit,    PO Box 183593,    Arlington, TX 76096-3593)
14035120     +City & School District of Philadelphia,    Law Department-Tax Unit,
               Municipal Services Building,    1401 JFK Blvd, 5th floor,    Philadelphia, PA 19102-1617
14035123      Commonwealth of Pennsylvania,    c/o First Judicial of Pennsylvania,    APPD/OJR/OCC,
               Room 370 City Hall,    Philadelphia, PA 19107
14035125    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DIRECTV,    PO Box 11732,    Newark, NJ 07101-4732)
14035127     +GM Financial,    801 Cherry Street,    Fort Worth, TX 76102-6803
14035129     +KML Law Group, PC,    Suite 5000-BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538
14035130     +Midland Funding,    227 West Trade Street,    Charlotte, NC 28202-1675
14035131      Midland Funding LLC,    1315 Aero Drive,    San Diego, CA 92123
14035134      PECO-Payment Processing,    PO Box 37629,    Philadelphia, PA 19101-0629
14035136     +PHFA Loan Servicing Division,    211 North Front Street,    Harrisburg, PA 17101-1466
14035137      Philadelphia Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
14046124     +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3AF
14035139      Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
14035142     +Rochelle Alverest,    225 Nedro Avenue,    Philadelphia, PA 19120-1838
14035143     +Tabas & Rosen, PC,    Suite 2300,    1601 Market Street,    Philadelphia, PA 19103-2306
14035144     +US Bank National Association,    111 East Wacker Drive, Suite 3000,    Chicago, IL 60601-4803
14035145     +Utah Loan Service,    PO Box 445,    Kaysville, UT 84037-0445
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:46:00      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2018 01:45:40
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2018 01:45:58       U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:46:00      City of Philadelphia,
               Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr           +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 01:49:58      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14035116     +E-mail/Text: tropiann@einstein.edu Aug 29 2018 01:45:39      Albert Einstein Medical Center,
               Olney Office Center, Suite 301,    101 East Olney Avenue,    Philadelphia, PA 19120-2421
14035117      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2018 01:50:17       American InfoSource,
               PO Box 268941,    Oklahoma City, OK 73126-8941
14035119      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2018 01:49:58       Capital One,
               PO Box 85015,    Richmond, VA 23285-5018
14035122      E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:46:00      City of Philadelphia,
               Law Department,    One Parkway Building,    1515 Arch Street, 15th Floor,
               Philadelphia, PA 19102-1595
14035121      E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:46:00      City of Philadelphia,
               Law Department-Bankruptcy Unit,    Municipal Services Building,    1401 JFK Boulevard, 5th Floor,
               Philadelphia, PA 19102-1595
14130411     +E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:45:59
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14035124     +E-mail/Text: bkaudit@amraccounts.com Aug 29 2018 01:45:39      Credit Coll,    PO box 60607,
               Oklahoma City, OK 73146-0607
14035126     +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 01:50:12      GE Capital Retail Bank,
               PO Box 965002,    Orlando, FL 32896-5002
14035128      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2018 01:45:55      Jefferson Capital Systems, LLC,
               P.O. Box 7999,    Saint Cloud, MN 56302-9617
14035132     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2018 01:45:49      Midland Funding LLC,
               8875 Aero Drive,    Ste 200,    San Diego, CA 92123-2255
14035133     +E-mail/Text: bankruptcydepartment@tsico.com Aug 29 2018 01:46:11       NCO FIN/99,    PO BOX 15636,
               Wilmington, DE 19850-5636
14035135      E-mail/Text: blegal@phfa.org Aug 29 2018 01:45:51      PHFA,    PO Box 8029,
               Harrisburg, PA 17105
14035138      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2018 01:49:59
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-0914
14035318     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2018 01:50:25
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14035140     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2018 01:50:03       PYOD, LLC,
               PO Box 19008,    Greenville, SC 29602-9008
14070576     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2018 01:50:02
               PYOD, LLC its successors and assigns as assignee,    of Capital One, F.S.B.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
```

```
District/off: 0313-2           User: DonnaR                 Page 2 of 2                  Date Rcvd: Aug 28, 2018
                               Form ID: pdf900              Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14049009       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2018 01:45:55      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14035141       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2018 01:50:03
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
14070785       +E-mail/Text: blegal@phfa.org Aug 29 2018 01:45:51      U.S. Bank National Association,
                 c/o PHFA,   211 North Front Street,    Harrisburg, PA 17101-1406
14035146        E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:46:00      Water Revenue Bureau,
                 Philadelphia Department of Revenue,    1401 JFK Boulevard,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 25

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:
```
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              MICHAEL D. SAYLES    on behalf of Debtor Gregory Thomas Alverest, Sr. midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GREGORY T ALVEREST, SR.                    Chapter 13

                    Debtor        Bankruptcy No. 18-10002-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __28th__ day of __August__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. SAYLES ESQ
427 W. CHELTENHAM AV
SUITE 2
ELKINS PARK, PA 19027-3291


Debtor:
GREGORY T ALVEREST, SR.

225 WEST NEDRO AVENUE

PHILADELPHIA, PA 19120